**CONUNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Civil Action
No: 26cv10032-WGY
**Lead Case**

**In re Covenant Health Date Breach Litigation**

**ORDER OF CONSOLIDATION**

YOUNG, D.J.

The following cases are hereby consolidated with **LEAD CASE** 26cv10032-WGY.
Consolidated Case(s): 26cv10044, 26cv10131, 26cv10155, 26cv10171, 26cv10146

**ALL FURTHER PLEADINGS ARE TO BE FILED IN THE LEAD CASE 26cv10032-WGY.** The consolidated cases are hereby **ORDERED CLOSED**.

By the Court,

/s/Matthew A. Paine

Deputy Clerk

January 21, 2026